UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

         - v. -                  :    08 Cr.

CHARLES MAXWELL,                 :    08 CRIM 561

                    Defendant.   :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about April 22, 2008, in the Southern District of New York and elsewhere, CHARLES MAXWELL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempted to take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, a branch of Banco Popular located at 310 East Houston Street, New York, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense did assault and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) and (d).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 8 2008

COUNT TWO

The Grand Jury further charges:

2. On or about April 22, 2008, in the Southern District of New York and elsewhere, CHARLES MAXWELL, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, MAXWELL brandished a firearm during a robbery of the branch of Banco Popular located at 310 East Houston Street, New York, New York, on or about April 22, 2008.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)


_____      _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHARLES MAXWELL,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 2113(a),(d), and § 924(c))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

6/18/08       Foreperson.