# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

August 22, 2008

BY HAND
Harold Baer
United States District Judge
  For the Southern District Of New York
500 Pearl Street
New York, New York

      Re:    United States v. Charles Maxwell
            Crim. Dkt. 08 Cr. 561 (HB)

The Hon. Baer:

    I am writing to request an adjournment of the September 22, 2008 trial date in this case. As the court may recall, at the last status conference Mr. Maxwell and the United States Marshall Service informed the court that Mr. Maxwell was suffering from depression and was unable to focus on his case. This predicament continues for Mr. Maxwell, and we are trying to make as much progress as we can in light of his mental health.

    I have spoken with AUSA Kasulis regarding Mr. Maxwell's unique and unfortunate problems. AUSA Kasulis is cognizant of the defense's concerns and agrees that an adjournment of the trial date would be appropriate here, and has no objection to a request for a thirty day adjournment of trial.

    To that end, we request that the time between September 22, 2008 and the next court date, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender

SO ORDERED:

I will adjourn to Monday 10/20 and will provide you to produce a new indecent one Shepard he will have until the trial on 10/20 at 9:30 AM. I am over investigating in a month + will need please

Harold Baer, Jr., U.S.D.J.
Date: 8/25/08

Endorsement:

    I will adjourn to Monday, October 20 and urge you to provide anti-depressive medicine and within a month he will hopefully be fine. In any event the trial will begin on October 20 at 9:30 A.M.

Case 1:08-cr-00561-HB    Document 7    Filed 08/25/2008    Page 2 of 2