

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2022

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

    The Government writes to request an adjournment of the status conference scheduled for January 13, 2022 at 12 p.m. in the above referenced supervised release matter. There have been no prior requests for adjournment of this status conference. Mr. Maxwell has a state appearance on January 12, 2022. In order to give the parties an opportunity to discuss a possible resolution following that state appearance, the Government respectfully requests that the conference be adjourned for three weeks. Defense counsel consents to this adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Madison Reddick Smyser
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2381

cc: Ariel Werner, Esq. (via Email and ECF)