

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2022

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

    The Government writes to request an adjournment of the status conference scheduled for February 8, 2022 at 12 p.m. in the above referenced supervised release matter. There has been one prior request for adjournment of this status conference. Mr. Maxwell has a state appearance on February 16, 2022. In order to give the parties an opportunity to discuss a possible resolution following that state appearance, the Government respectfully requests that the conference be adjourned until March 15, 2022 at 12 p.m. Defense counsel consents to this adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Madison Reddick Smyser*
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

**SO ORDERED.**

Dated:    February 1, 2022
             New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

    cc: Ariel Werner, Esq. (via Email and ECF)