

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2022

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

    The Government writes to request an adjournment of the status conference scheduled for March 15, 2022 at 12 p.m. in the above referenced supervised release matter. There have been two prior requests for adjournment of this status conference. Mr. Maxwell has a state appearance on April 26, 2022, and he is also presently in state custody in connection with a new state court case. In order to give the parties an opportunity to discuss a possible resolution following that state court appearance and to learn more about the new state court case, the Government respectfully requests that the conference be adjourned until the week of May 2, 2022 or thereafter. Defense counsel consents to this adjournment.

```
The status conference is adjourned to
Monday, May 2, 2022, at 10:00 a.m.
SO ORDERED.

Dated:     March 11, 2022
           New York, New York
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

_____
LORETTA A. PRESKA
Senior United States District Judge

    cc: Ariel Werner, Esq. (via Email and ECF)