

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

    The Government writes to request an adjournment of the status conference scheduled for May 2, 2022 at 10:00 a.m. in the above-referenced supervised release matter. There have been three prior requests for adjournment of this status conference. Mr. Maxwell has a state court appearance on May 24, 2022. That appearance is for Mr. Maxwell's newest state case, which relates to an alleged stabbing that forms the basis of some of the specifications in the above-referenced matter. The parties in that state case have not yet reached a disposition.

    In order to provide time for that state case to resolve and for the parties in this case to discuss a possible resolution following any final state court disposition, the Government respectfully requests that the conference be adjourned for 90 days. If the state case resolves more quickly than anticipated, the parties plan to notify the Court and request to advance the conference date if necessary. Defense counsel consents to this adjournment.

                              Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

               by:   */s/ Madison Reddick Smyser*
                        Madison Reddick Smyser
                        Assistant United States Attorney
                        Southern District of New York
                        (212) 637-2381

cc: Ariel Werner, Esq. (via ECF)