**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2022

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Maxwell*, **08 Cr. 561 (LAP)**

Dear Judge Preska:

The Government writes to request an adjournment of the status conference scheduled for August 2, 2022 at 11:00 a.m. in the above-referenced supervised release matter. Defense counsel consents to this request. There have been four prior requests for adjournment of this status conference.

Mr. Maxwell has a state court appearance on August 8, 2022 on charges that form the basis of the specifications in this case. In the meantime, Mr. Maxwell is being evaluated to determine whether he is eligible to participate in mental health programs, which may facilitate a disposition of the state charges. The Government respectfully requests that the status conference in this case be adjourned for 30 days, at which point the parties will have more insight into where the state cases are headed and can more meaningfully discuss a resolution of the specifications.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Madison Reddick Smyser*
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

*The conference is adjourned to September 13 at 10:00.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/27/22

cc: Ariel Werner, Esq. (via ECF)
    Probation (via email)