# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2022

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

I write with the Government's consent to respectfully request a brief adjournment of the status conference presently scheduled for tomorrow, November 14, 2022 in the above-referenced supervised release case. I ask for any date and time convenient to the Court during the weeks of November 21st or 28th.

There have been six prior requests for an adjournment of this status conference. It has been repeatedly postponed due to the ongoing nature of a state court case that forms the basis of the VOSR specifications here at issue. In that case, Mr. Maxwell has been working with a mental health diversion program, and his attorney anticipates making a bail application imminently so that he can participate in intensive outpatient treatment and monitoring. I likewise intend to request his release in this matter, so that he can take advantage of the reentry plan that is being crafted for him. At the time of this filing, however, his attorneys in the state require additional time to perfect his release plan.

With apologies for the late timing of this request, I therefore request a short adjournment of just one or two weeks so that I am prepared to present the Court with a comprehensive update and make a bail application when we next appear. As noted, the Government consents to this adjournment request. Thank you for considering it.

*The conference is adjourned to November 28, 2022 at 10:30 am*

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/14/22

cc: AUSA Madison Reddick Smyser (by ECF)