**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 28, 2022

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

I write with the Government's consent to respectfully request a three- or four-week adjournment of the status conference presently scheduled for Thursday, January 5, 2023 in the above-referenced supervised release case.

There have been eight prior requests for an adjournment of this conference due to the status of Mr. Maxwell's state court case, which forms the basis of the VOSR specifications here at issue. As noted in my last letter, Mr. Maxwell's state defense team is working with a mental health diversion program to establish a suitable reentry plan for Mr. Maxwell, including both treatment and housing. As of today, Mr. Maxwell remains on a wait list for housing, which may take several more weeks to come through.

I therefore ask the Court to again adjourn the status conference in this case. The parties request a date during the week of January 23 or the week of January 30. As noted, the Government consents to this request. Thank you for considering it.

```
The status conference is
adjourned. The parties shall
appear on February 7, 2023,
at 1:00 PM in Courtroom 12A.

SO ORDERED.
```
*/s/ Loretta A. Preska/*
1/3/23

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Cc:   AUSA Madison Reddick Smyser (by ECF)