# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 30, 2023

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

I write with the Government's consent to respectfully request a four-week adjournment of the status conference presently scheduled for Tuesday, February 7, 2023 in the above-referenced supervised release case.

There have been nine prior requests for an adjournment of this conference due to the status of Mr. Maxwell's state court case, which forms the basis of the VOSR specifications here at issue. As discussed in my prior adjournment letters, Mr. Maxwell is on a waiting list for supportive housing as part of a comprehensive reentry plan that his state defense team is working to implement for him through a mental health diversion program. As of today, Mr. Maxwell remains on a waiting list for housing, and his state case has been adjourned to February 17, 2023.

I therefore ask the Court to again adjourn the status conference in this case for another four weeks, with leave to advance it should housing become available sooner. As noted, the Government consents to this request. Thank you for considering it.

*The conference is adjourned to March 20, 2023 at 10:00 a.m.*

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/2/23

Cc:   AUSA Madison Reddick Smyser (by ECF)