**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 8, 2023

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Maxwell*, 08 Cr. 561 (LAP)

Dear Judge Preska:

I write with the Government's consent to respectfully request that the Court adjourn the March 20, 2023 status conference in the above-referenced supervised release case *sine die*.

This conference has been adjourned ten times because Mr. Maxwell is in New York state custody in connection with the state charges underlying the VOSR specifications here at issue. Mr. Maxwell's state defense team has been working with a mental health diversion program to implement a comprehensive reentry plan including a supporting housing placement. Unfortunately, Mr. Maxwell has been on a waiting list for such housing for several months. As a result, his state case has been postponed repeatedly. As of today, his New York state court appearance has been adjourned to March 22, 2023.

Given this posture, rather than requesting another time-specific adjournment, it seems prudent to request an adjournment *sine die*, with the understanding that I will write to the Court to request a conference date as soon as there is forward progress in Mr. Maxwell's state court matters. The Government agrees that this course makes good sense and consents to an adjournment *sine die*. Thank you for considering it.

SO ORDERED.
*/s/ Loretta A. Preska*
3/9/23

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Cc:   AUSA Madison Reddick Smyser (by ECF)